■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR BAITY, Appellant. [934 NYS2d 702]—

Defendant is eligible to be resentenced under the 2009 Drug Law Reform Act (L 2009, ch 56), even though he was released on parole from custody on his drug conviction, but reincarcerated for a parole violation (*People v Paulin*, 17 NY3d 238 [2011]). Concur—Mazzarelli, J.P., Catterson, DeGrasse, Abdus-Salaam and Román, JJ.